DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RIVERLAND ASSOCIATES I, LLLP,**
Appellant,

v.

**CHRISTINA JOSEPH,**
Appellee.

No. 4D22-3139

[July 13, 2023]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Laurie E. Buchanan, Judge; L.T. Case No. 562022CA000753.

Jon D. Derrevere and Michael B. Stevens of Derrevere Stevens Black & Cozad, West Palm Beach, and Elliot B. Kula and William D. Mueller of Kula & Associates, P.A., Miami, for appellant.

Adam M. Balkan and Leah F. Charbonnet of Balkan Patterson & Charbonnet, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***